Case 1:96-cv-00169   Document 45   Filed in TXSD on 06/16/1998   Page 1 of 2

United States District Court
Southern District of Texas
ENTERED
JUN 2 6 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk



United States District Court
Southern District of Texas
FILED
JUN 1 6 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KAREN MOULDER, §
         PLAINTIFF §
 §
vs. §
 § CIVIL ACTION NO. B-96-169
CITY OF BROWNSVILLE, a municipal §
corporation; CITY OF BROWNSVILLE §
FIRE DEPARTMENT, a municipal §
corporation, §
         DEFENDANTS §

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on this day came on for consideration the Motion to Substitute Counsel for Defendants, The City of Brownsville and the City of Brownsville Fire Department, in the above-entitled and numbered cause, and the Court being of the opinion that said Motion should be granted;

IT IS ORDERED that such Motion to Substitute Counsel is hereby granted, that TIMOTEO E. GOMEZ, of the Law Offices of GOMEZ & BELTON, 700 Paredes Avenue, Suite 105, Brownsville, Texas, 78521, be allowed to withdraw as attorney of record for the Defendants, and that James F. Belton, State Bar No. 02111500, 700 Paredes Avenue, Suite 105, Brownsville, Texas, 78521, be substituted as attorney of record for the City of Brownsville and the City of Brownsville Fire Department.

Done at Brownsville, Texas this 16th day of June, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
letty/ord./ord.subcounsel                                              Page 1

APPROVED:

GOMEZ & BELTON
700 Paredes Ave., Suite 105
Brownsville, Texas 78521
(956) 544-1082
(956) 544-7531 (Fax)

By: _/s/ Timoteo E. Gomez_
    TIMOTEO E. GOMEZ
    State Bar No. 08115550

JAMES E. BELTON
700 Paredes Ave, Suite 105
Brownsville, Texas 78521
(956) 544-1082
(956) 544-7531 (Fax)

By: _/s/ Timoteo E. Gomez_ with permission
    for JAMES E. BELTON
    State Bar No. 02111500

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
letty/ord./ord.subcounsel