United States District Court
Southern District of Texas
ENTERED
JUN 26 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 16 1998
Michael N. Milby, Clerk of Court

46

| | |
|---|---|
| KAREN MOULDER, §<br>       PLAINTIFF § <br> § <br>vs. § <br> § <br>CITY OF BROWNSVILLE, a municipal § <br>corporation; CITY OF BROWNSVILLE § <br>FIRE DEPARTMENT, a municipal § <br>corporation, § <br>       DEFENDANTS § | CIVIL ACTION NO. B-96-169 |

### ORDER ON MOTION FOR CONTINUANCE

Came on for consideration the Defendants' Motion for Continuance, and the Court being of the opinion that such motion should be granted,

It is ORDERED that the Final Pre-Trial and Settlement Conference scheduled in this case for June 17, 1998, is re-set to __July 22, 1998__ at __10:00__ o'clock __a__.m. Docket call before Judge Vela on July 30, 1998 @ 8:30 AM Jury Selection on July 31, 1998 @ 8:30 A.M. before Judge Vela.

Done at Brownsville, Texas, this __16th__ day of June, 1998.

UNITED STATES MAGISTRATE JUDGE