United States District Court
Southern District of Texas
ENTERED
JUN 26 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUN 25 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KAREN MOULDER | * |
| | * |
| VS. | *   CIVIL ACTION |
| | *   NO. B-96-169 |
| CITY OF BROWNSVILLE, | * |
| A MUNCIPAL CORPORATION; | * |
| CITY OF BROWNSVILLE FIRE | * |
| DEPARTMENT, A MUNICIPAL | * |
| CORPORATION | * |

## O R D E R

On June 8, 1998, this Court held a hearing on Plaintiff's Motion to Reconsider Denial of Plaintiff's Motion to Compel Discovery. At the conclusion of the hearing, this Court had ordered an in camera inspection of some of the personnel files. Specifically, this Court had ordered Plaintiff to select 10 Brownsville Fire Department employees whose personnel files and absence records the Defendants were ordered to produce for in camera inspection.

On February 11, 1998, a voluminous record on nine out of ten of the selected employees was presented to the Court. On the 10th employee selected by Plaintiff, Leonel M. Leal, had retired from the Brownsville Fire Department in 1985, long before the incidents that gave rise to the present litigation had allegedly had occurred.

This Court finds that Defendants have substantially complied with this Court's order. Additionally, upon review of the

documents presented, this Court finds that none of the personnel files contain information that Plaintiff may be entitled to discover. Accordingly, Plaintiff's Motion to reconsider this Court's denial of the Motion to Compel is hereby denied.

Documents presented in relation to this in camera review shall be returned to Defendants.

IT IS SO ORDERED.

Done at Brownsville, Texas, this 25th day of June, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge