*50*

United States District Court
Southern District of Texas
ENTERED

JUL 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 2 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| KAREN MOULDER | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION |
| CITY OF BROWNSVILLE, | § | NO. B-96-169 |
| A MUNICIPAL CORPORATION; | § | |
| CITY OF BROWNSVILLE FIRE | § | |
| DEPARTMENT, A MUNICIPAL | § | |
| CORPORATION | § | |

## ORDER ON FINAL PRE-TRIAL AND SETTLEMENT CONFERENCE

On this day the Final Pre-Trial and Settlement Conference was held in the above

entitled and numbered cause, and the Court orders as follows:

1.   A Joint Pre-Trial Order, in full compliance with the local rules, setting forth the

following matters shall be filed no later than July 31, 1998:

(a)   the nature of the case;
(b)   contentions of the parties;
(c)   stipulations;
(d)   specific issues of fact, as they are submitted to the jury;
(e)   issues of law, if any;
(f)   list of all pending motions;
(g)   approximate duration of trial; and
(h)   in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE ~~TRIAL~~ _TRIAL_ PLEADING. FAILURE
TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL
RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF
PROSECUTION, AS APPROPRIATE.**

2.   Trial on the merits is set for September 1998, docket call.

ORD. FINAL PRE-TRIAL & SETTLEMENT CONFERENCE                    PAGE  -1-

3.    A Final Pre-Trial before the Honorable Judge Filemon Vela is set for September 3,

1998 at 8:30 o'clock a.m.

4.    Jury Selection before the Honorable Judge Filemon Vela is set for September 4,

1998 at 8:30 o'clock a.m.

DONE at Brownsville, Texas, on July 22, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge

ClibPDF - www.fastio.com