IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN MOULDER, Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-96-169 |
| CITY OF BROWNSVILLE, a municipal corporation; CITY OF BROWNSVILLE FIRE DEPARTMENT, a municipal corporation, Defendants | § § § § § | |

### AGREED ORDER OF DISMISSAL

Came on for consideration the Joint Motion to Dismiss filed in the above-entitled and numbered cause and the court finding that the parties have compromised and settled all issues herein and being of the opinion that such motion should be granted,

It is hereby ORDERED, ADJUDGED and DECREED that the above-entitled and numbered action and all claims filed herein be and are hereby dismissed, with prejudice to the right of Plaintiff KAREN MOULDER to refile same or any part thereof.

All costs of court are adjudged against the party incurring same, for which let execution issue if same are not timely paid.

DONE at Brownsville, Texas, this 7th day of October, 1998.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

_____
James E. Belton
Attorney-in-Charge for Defendants

_____
Elia Cornejo-Lopez
Attorney-in-Charge for Plaintiff